# EXHIBIT C

# October 7, 2024 New Hire Class Performance

**FIRST AMENDED COMPLAINT**  Case No.: 3:25-cv-08078-SMB