IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Doria,<br><br>             Plaintiff,<br><br>v.<br><br>Select Quote Insurance Services Incorporated,<br><br>             Defendant. | No. CV-25-08078-PCT-SMB<br><br>**ORDER** |

The Court has reviewed Plaintiff's application to proceed in District Court without prepaying fees or costs (Doc. 2).

**IT IS ORDERED** that the application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity of giving security therefore is **granted**. Plaintiff shall be responsible for service by waiver or of the summons and complaint.

Dated this 29th day of July, 2025.

Honorable Susan M. Brnovich
United States District Judge