**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T Doria, | No. CV-25-08078-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| SelectQuote Insurance Services Incorporated, | |
| Defendant. | |

The Court previously dismissed with prejudice Plaintiff Daniel T. Doria's claim for wrongful termination, (Doc. 12 at 6), but authorized Plaintiff to file his Second Amended Complaint as to his breach of implied contract claim, (Doc. 17 at 13.) Plaintiff has since filed a Third Amended Complaint, alleging both breach of an implied contract and wrongful termination. (Doc. 22.)

Federal Rule of Civil Procedure ("Rule") 15(a)(2) permits a party to amend a pleading "only with the opposing party's written consent or the court's leave." Here, Plaintiff did not receive either. Therefore, the Court strikes Plaintiff's Third Amended Complaint as an unauthorized pleading. *See* Fed. R. Civ. P. 15(a)(2).

**IT IS HEREBY ORDERED** striking Plaintiff's Third Amended Complaint (Doc. 22.)

**IT IS FURTHER ORDERED:**

(1) Plaintiff must file a motion for leave to amend his Second Amended Complaint or obtain the opposing party's written consent to do so per Rule 15(a)(2).

1 | Plaintiff's motion must comply with Local Rule of Civil Procedure 15.1(a).

2 |     (2)    The Court reemphasizes that Plaintiff is precluded from refiling his wrongful

3 | termination claim per the Court's previous screening order (Doc. 12 at 6).

4 |     Dated this 18th day of September, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge