Carlos B. Gutierrez, AZ Bar No. 025063
cgutierrez@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone:   602.474.3600
Fax No.:       602.957.1801


Attorneys for Defendant
SelectQuote Insurance Services

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel T. Doria,<br><br>                Plaintiff,<br><br>        v.<br><br>SelectQuote Insurance Services Inc.,<br><br>                Defendant. | Case No.  3:25-cv-08078-SMB<br><br>**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Defendant, SelectQuote Insurance Services Inc. ("SelectQuote"), hereby responds and objects to Plaintiff's Motion for Leave to File Second Amended Complaint ("Motion," Doc. 36) because it is moot—the Court already permitted Plaintiff to file his Second Amended Complaint and Plaintiff thereafter filed it. Moreover, currently pending before the Court is SelectQuote's motion to dismiss Plaintiff's Second Amended Complaint, which has been fully briefed by the parties.

## I.    PLAINTIFF ALREADY FILED HIS SECOND AMENDED COMPLAINT

On August 4, 2025, the Court entered an Order (Doc. 12) dismissing Plaintiff's First Amended Complaint (Doc. 9) with leave to file a Second Amended Complaint ("SAC") within thirty days of the Order. The Court reiterated that Plaintiff could not serve his SAC unless the Court issued an Order screening it. (Doc. 12). That same day, Plaintiff filed his SAC. (Doc.

LITTLER
MENDELSON, P.C.
Camelback
Esplanade
2425 East
Camelback Road
Suite 900
Phoenix, Arizona
85016

13). On August 18, 2025, the Court screened Plaintiff's SAC and ordered that Plaintiff could proceed on his claim for breach of implied contract. (Doc. 17).

On September 17, 2025, SelectQuote filed a Motion to Dismiss Plaintiff's Second Amended Complaint. ("Motion to Dismiss," Doc. 23). That same day, Plaintiff filed a response, *i.e.*, Plaintiff's Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss. ("Opposition," Doc. 24). On September 18, 2025, Plaintiff supplemented his Opposition by filing a Notice of Supplemental Authority in Support of Plaintiff's Opposition to Defendant's Rule 12(b)(6) Motion. ("Supplement," Doc. 26).[1] In addition, on September 18, 2025, Plaintiff also filed a Notice Regarding Third Amended Complaint whereby he informed the Court that he would not be filing a Third Amended Complaint and that he would rely on his Opposition and Supplement as the bases for why his claim should proceed. ("Notice," Doc. 29). As the Court reiterated in its Order (Doc. 28), Plaintiff's only pending claim is his claim for breach of implied contract. On September 22, 2025, SelectQuote filed its Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint. ("Reply," Doc. 30). On September 24, 2025, Plaintiff filed his Declaration of Daniel T. Doria ISO Plaintiff's Opposition to Motion to Dismiss ("Declaration," Doc. 31) and Plaintiff's Motion for Leave to File Surreply and Accompanying Declaration ("Sur-reply," Doc. 32). On September 30, 2025, SelectQuote filed its Motion to Strike Plaintiff's Motion for Leave to File Surreply and Accompanying Declaration of Daniel T. Doria ISO Plaintiff's Opposition to Motion to Dismiss (Doc. 34), and the same day Plaintiff filed his Opposition to Defendant's Motion to Strike (Doc. 35).

Accordingly, not only has Plaintiff already filed his SAC, but also SelectQuote's motion to dismiss Plaintiff's SAC is fully briefed and pending a ruling.

## II.   CONCLUSION

SelectQuote requests that the Court deny Plaintiff's Motion because it is moot—Plaintiff already filed his SAC and it is pending SelectQuote's motion to dismiss.

---

[1] On September 26, 2025, the Court entered an Order striking Plaintiff's Supplement. (Doc. 33).

LITTLER
MENDELSON, P.C.
Camelback
Esplanade
2425 East
Camelback Road
Suite 900
Phoenix, Arizona
85016

2

Dated:  May 7, 2026

/s/ Carlos B. Gutierrez
Carlos B. Gutierrez
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SelectQuote Insurance Services

I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed or mailed to the following if non-registrants, this 7th day of May, 2026.

Daniel T. Do
989 S. Main Ste. A PMB 407
Cottonwood, AZ 86326
Tel: 702.279.5326
danieldoria105@yahoo.com

*Plaintiff Pro Se*

/s/ Vicky Ramirez
Vicky Ramirez

LITTLER
MENDELSON, P.C.
Camelback
Esplanade
2425 East
Camelback Road
Suite 900
Phoenix, Arizona
85016

3